# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0866

VERSUS

LOUIS BRADY

**NOVEMBER 09, 2020**

---

In Re:    Louis Brady, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-08-0074.

---

BEFORE:    **GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT